### No. 10M34. Woodrow Wilson Williams, Petitioner v. K. Rudolph, et al.

562 U.S. 819, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 6724.

October 4, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

---

### No. 65, Original. State of Texas, Plaintiff v. State of New Mexico.

562 U.S. 820, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 7853.

October 4, 2010. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $7,083.87 for the period July 1, 2009, through June 30, 2010, to be paid equally by the parties.

---

### No. 126, Original. State of Kansas, Plaintiff v. State of Nebraska and State of Colorado.

562 U.S. 820, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 6584.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

---

### No. 132, Original. State of Alabama, et al., Plaintiffs v. State North Carolina.

562 U.S. 820, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 6157.

October 4, 2010. Motion of the Special Master for allowance of fees and reimbursement of expenses granted, and the Special Master is awarded a total of $80,904.16 for the period November 1, 2006, through June 30, 2010, to be paid equally by the parties. Justice Kagan took no part in the consideration or decision of this motion.

---

### No. 08-1423. Costco Wholesale Corporation, Petitioner v. Omega, S.A.

562 U.S. 820, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 6607.

October 4, 2010. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.

---

### No. 08-1438. Harvey Leroy Sossamon, III, Petitioner v. Texas, et al.

562 U.S. 821, 131 S. Ct. 378, 178 L. Ed. 2d 14, 2010 U.S. LEXIS 6427.

October 4, 2010. Motion of petitioner for leave to proceed further herein in forma pauperis denied. Motion of petitioner for appointment of counsel denied. Justice Kagan took no part in the consideration or decision of this motion.